IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KACEY KIMBROUGH,<br><br>        Plaintiff,<br><br>   v.<br><br>CHRISTOPHER JAMES GORHAM, JENNINGS PLANT SERVICES, LLC, SPENCER R. JENNINGS, TARIN K. JENNINGS, and HOPE COOPERATIVE CARE, INC.,<br><br>        Defendants. | 8:21CV35<br><br>ORDER OF RECUSAL<br>REQUEST FOR REASSIGNMENT |

       This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

       SO ORDERED.

       Dated this 1st day of April 2021.

BY THE COURT:

*Robert L. Rossiter, Jr.*

Robert F. Rossiter, Jr.
United States District Judge