# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KACEY KIMBROUGH, Special Administrator of the Estate of Shawn Thomas Kimbrough;** | **8:21CV35** |
| **Plaintiff,** | **ORDER TO SHOW CAUSE** |
| vs. | |
| **CHRISTOPHER JAMES GORHAM, JENNINGS PLANT SERVICES, LLC, and HOPE COOPERATIVE CARE, INC.,** | |
| **Defendants.** | |

On January 23, 2023, this Court entered an Order permitting counsel for Jennings Plant Services, LLC ("JPS") to withdraw from his representation. (Filing No. 82). Withdrawing counsel filed a Certificate of Service certifying he provided a copy of the Order to JPS by U.S. Mail on January 31, 2023, and by email to Spencer and Tarin Jennings. (Filing No. 86). The Order informed JPS that it cannot appear unrepresented in this court without licensed counsel. See *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."). Therefore, the Court ordered JPS to obtain the services of new counsel and have that counsel enter an appearance on its behalf by February 24, 2023. Substitute counsel did not enter an appearance for JPS by that deadline. The Court warned JPS, "If substitute counsel does not enter an appearance by [February 24, 2023], the Court may file an entry and/or judgment of default against it without further notice." (Filing No. 82 at p. 2). Accordingly,

**IT IS ORDERED**:

1. Jennings Plant Services, LLC shall have until **March 14, 2023,** to show cause why judgment should not be entered against it for failure to obtain licensed counsel and comply with this Court's Order.

2. The Clerk of Court shall mail notice of this Order to Jennings Plant Services, LLC at
    4675 Sunset Drive,
    Blair, Nebraska 68008

2

and to

David V. Drew, Registered Agent,
1612 Lincoln St.
P.O. BOX 462
Blair, NE 68008

Dated this 28th day of February, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge