IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KACEY KIMBROUGH, Special Administrator of the Estate of Shawn Thomas Kimbrough,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JAMES GORHAM, and HOPE COOPERATIVE CARE, INC.,<br><br>Defendants. | 8:21CV35<br><br>ORDER ON STIPULATION RESOLVING PLAINTIFF'S MOTION TO ADJUDICATE WORKERS' COMPENSATION LIEN |

This case is before the Court on the parties' Stipulation Resolving Plaintiff's Motion to Adjudicate Workers' Compensation Lien. Filing 128. Plaintiff's underlying Motion sought an Order of the Court adjudicating the subrogation rights of Hope Cooperative Care, Inc., (HCC) if any, in the proceeds obtained from the Judgment entered by this Court on December 12, 2023. Filing 122 at 1. The parties stipulate that Plaintiff and HCC have reached an agreement to resolve all issues concerning HCC's rights with respect to a $125,000 partial payment of the Judgment. Filing 128 at 2 (¶ 6). The parties further stipulate that HCC reserves its right to assert a subrogation interest to any future funds that may be received. Filing 128 at 2 (¶ 7). Accordingly,

IT IS ORDERED that the parties' Stipulation Resolving Plaintiff's Motion to Adjudicate Workers' Compensation Lien, Filing 128, is granted, and Plaintiff's Motion to Adjudicate Workers' Compensation Lien, Filing 122, is denied as moot.

Dated this 11th day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge