IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYCE KIMBROUGH, Special Administrator of the Estate of SHAWN THOMAS KIMBROUGH,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER JAMES GORHAM, SPENCER R. JENNINGS, TARIN K. JENNINGS, HOPE COOPERATIVE CARE, INC. AND SFM MUTUAL INSURANCE, as subrogee,<br><br>Defendants. | Case No. 8:21cv35<br><br>**ORDER TO DESTROY** |

Counsel for the plaintiff notified the court on February 19, 2025, that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Exhibits 1- 27 from Non-jury Trial held August 11, 2023

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   February 21, 2025

BY THE COURT

Brian C. Buescher
United States District Judge